# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **ABG JUICY COUTURE, LLC,**<br><br>  *Plaintiff*,<br><br>v.<br><br>**10JQKA Official Store,** *et al.*,<br><br>  *Defendants*. | **SEALED**<br>Case No.: 1:25-cv-3396-TWT |

## AFFIDAVIT OF SERVICE

True and correct copies of the Complaint [D.I. 1], Summonses, Temporary Restraining Order [D.I. 9], and other pleadings as well as notice that the Court scheduled a hearing on Plaintiff's Motion for Preliminary Injunction for July 15, 2025, at 3:30 PM ET, were served on all Defendants on July 14, 2025. As authorized by this Court [D.I. 8], the Defendants were served by electronic means by sending the documents by electronic mail with delivery confirmation to the email addresses provided by the Marketplaces, Financial Institutions, or Defendants themselves.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 14, 2025.

Respectfully submitted,
THE SLADKUS LAW GROUP

*s/ Carrie A. Hanlon*
Carrie A. Hanlon
Ga. Bar No. 289725

E-mail: carrie@sladlaw.com
Jason H. Cooper
Ga. Bar No. 778884
E-mail: jason@sladlaw.com

1397 Carroll Drive
Atlanta, Georgia 30318
Telephone: (404) 252-0900
Facsimile: (404) 252-0970

***Attorneys for Plaintiff***

2